UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY; STARR INDEMNITY & LIABILITY COMPANY (AS SUCCESSOR IN INTEREST TO REPUBLIC INSURANCE COMPANY),<br><br>Plaintiffs/Petitioners,<br><br>- against -<br><br>W.R. GRACE & CO. ASBESTOS PERSONAL INJURY TRUST; HARRY HUGE, LEWIS SIFFORD AND DEAN TRAFELET (IN THEIR CAPACITY AS CHAPTER 11 TRUSTEES OF THE W. R. GRACE & CO. ASBESTOS PERSONAL INJURY TRUST); W. R. GRACE & CO. ASBESTOS PROPERTY DAMAGE TRUST; RICHARD SCHIRO (CLASS 7A TRUSTEE) AND EDWARD B. COTTINGHAM, JR. (CLASS 7B TRUSTEE) (IN THEIR CAPACITY AS CHAPTER 11 TRUSTEES OF THE W.R. GRACE & CO. ASBESTOS PROPERTY DAMAGE TRUST); DOE INSURERS 1-50,<br><br>Defendants/Respondents. | Case No. 14 CV 1700<br><br>**AFFIDAVIT OF SERVICE** |

I, Vanessa Negron, being duly sworn, depose and say that I am not a party to this action and am over 18 years of age, and I am employed by the firm of Anderson Kill P.C. located at 1251 Avenue of the Americas New York, New York 10020.

On this 12th day of March, 2014, I served the attached NOTICE OF REMOVAL upon:

> Deborah D. Williamson, Esq.
> Meghan Bishop DeBard, Esq.
> COX SMITH
> 112 E. Pecan Street, Suite 1800
> San Antonio, TX 78205
>
> M. Dawes Cooke, Jr., Esq.
> BARNWELL WHALEY PATTERSON & HELMS, LLC
> 288 Meeting Street
> Charleston, SC 29401

nydocs1-1028915.1

- and -

Eileen T. McCabe, Esq.
Britt A. Eilhardt, Esq.
MENDES & MOUNT LLP
750 Seventh Avenue
New York, NY 10019

via U.S. First Class Mail by depositing true copies thereof, enclosed in properly addressed postpaid wrapper, in an official depository of the United States Postal Service within the State of New York.

_____
Vanessa Negron

Sworn to before me on this
12th day of March, 2014

_____
Notary Public

PHYLLIS J. CRUISE
NOTARY PUBLIC, State of New York
No. 01CR4904891
Qualified in Bronx County
Commission Expires Oct 5, 20 17

nydocs1-1028915.1