UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY; STARR INDEMNITY & LIABILITY COMPANY (AS SUCCESSOR IN INTEREST TO REPUBLIC INSURANCE COMPANY),<br><br>  Plaintiffs/Petitioners,<br><br>- against -<br><br>W.R. GRACE & CO. ASBESTOS PERSONAL INJURY TRUST; HARRY HUGE, LEWIS SIFFORD AND DEAN TRAFELET (IN THEIR CAPACITY AS CHAPTER 11 TRUSTEES OF THE W. R. GRACE & CO. ASBESTOS PERSONAL INJURY TRUST); W. R. GRACE & CO. ASBESTOS PROPERTY DAMAGE TRUST; RICHARD SCHIRO (CLASS 7A TRUSTEE) AND EDWARD B. COTTINGHAM, JR. (CLASS 7B TRUSTEE) (IN THEIR CAPACITY AS CHAPTER 11 TRUSTEES OF THE W.R. GRACE & CO. ASBESTOS PROPERTY DAMAGE TRUST); DOE INSURERS 1-50,<br><br>  Defendants/Respondents. | Case No. 14 CV 1700<br><br>**AFFIDAVIT OF SERVICE** |

I, Donald Flynn, being duly sworn, depose and say that I am not a party to this action and am over 18 years of age, and I am employed by the firm of Anderson Kill P.C. located at 1251 Avenue of the Americas New York, New York 10020.

On this 19th day of March, 2014, I served true copies of (1) **Robert Y. Chung's 3/19/14 Letter to the Honorable Paul A. Crotty** and (2) **Answer And Counterclaims of WRG Asbestos PI Trust** via Overnight Federal Express upon:

> Deborah D. Williamson, Esq.
> Meghan Bishop DeBard, Esq.
> COX SMITH
> 112 E. Pecan Street, Suite 1800
> San Antonio, TX  78205

> - and -

nydocs1-1028915.2

M. Dawes Cooke, Jr., Esq.
BARNWELL WHALEY PATTERSON & HELMS, LLC
288 Meeting Street
Charleston, SC  29401

_____
Donald Flynn

Sworn to before me on this
19th day of March, 2014

_____
Notary Public

MARY E. BROOKS
Notary Public, State of New York
No. 01BR6076379
Qualified in Queens County
Commission Expires June 14, 2014