UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY; STARR INDEMNITY & LIABILITY COMPANY (AS SUCCESSOR IN INTEREST TO REPUBLIC INSURANCE COMPANY),<br><br>Plaintiffs/Petitioners,<br><br>- against -<br><br>W.R. GRACE & CO. ASBESTOS PERSONAL INJURY TRUST; HARRY HUGE, LEWIS SIFFORD AND DEAN TRAFELET (IN THEIR CAPACITY AS CHAPTER 11 TRUSTEES OF THE W. R. GRACE & CO. ASBESTOS PERSONAL INJURY TRUST); W. R. GRACE & CO. ASBESTOS PROPERTY DAMAGE TRUST; RICHARD SCHIRO (CLASS 7A TRUSTEE) AND EDWARD B. COTTINGHAM, JR. (CLASS 7B TRUSTEE) (IN THEIR CAPACITY AS CHAPTER 11 TRUSTEES OF THE W.R. GRACE & CO. ASBESTOS PROPERTY DAMAGE TRUST); DOE INSURERS 1-50,<br><br>Defendants/Respondents. | Case No. 14 CV 1700<br><br>**AFFIDAVIT OF SERVICE** |

ERIC BURNSIDE, SR., being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020.

On March 19, 2014, at 3:45pm, deponent personally served a true copy of **Answer and Counterclaims of WRG Asbestos PI Trust** upon Edward Smith, Esq., Equity Partner at Mendes & Mount LLP, Attorneys for Plaintiff, 750 Seventh Avenue, New York, NY 10019.

_____
Eric Burnside, Sr.

Sworn to before me on this
19th day of March, 2014

_____
Notary Public

DONALD FLYNN
NOTARY PUBLIC, State of New York
No. 01FL5046358
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 10, 2015

nydocs1-1029276.1