# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Robert M. Horkovich, Esq.
Rhorkovich@andersonkill.com
212-278-1322

April 30, 2014

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York  10007

Re: AXA Belgium, et al. v. WRG Asbestos PI Trust, et al.,
No. 14 CV 1700 (PAC)

Dear Judge Crotty:

We represent Defendant the WRG Asbestos PI Trust. Pursuant to Your Honor's Individual Practices, Rule # 1, E, we respectfully request an adjournment of the pre-motion conference with this Court due to a conflict with a previously scheduled hearing in another matter.

The pre-motion conference originally was scheduled for Friday, May 16, 2014 at 12:15 p.m.

The parties have not made any previous requests for adjournment.

Plaintiffs Government Employees Insurance Company, Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company), and AXA Belgium (as successor to Royale Belge) have consented to an adjournment.

The parties have conferred and propose the following alternate dates: (i) Monday, May 27th, (ii) Friday May 30th, or (iii) Monday, June 9th. If none of those dates are convenient for the Court or alternate Fridays are preferred, the parties will propose additional alternate dates.

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

nydocs1-1031471.1

**Anderson Kill P.C.**

April 30, 2014
Page 2

        We thank the Court for its consideration and remain available to answer any questions or comments.

                              Respectfully submitted,

                              /s/ Robert M. Horkovich

                              Robert M. Horkovich

RMH:vn

cc:    Eileen T. McCabe, Esq.
        Britt A. Eilhardt, Esq.
        Mendes & Mount, LLP
        750 Seventh Avenue
        New York, NY 10019
        (212) 261-8000
        *Attorneys for Plaintiffs GEICO, Republic, and AXA Belgium (as successor to Royal Belge)*