```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 27, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AXA Belgium (as successor to Royale Belge) et al,

                      Plaintiff,

    -against-

W.R. Grace & Co.,

                      Defendant.
------------------------------------------------------------X

2: 14 Civ. 01700 (PAC)
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

    The above entitled action has been on the Court's active docket since March 12, 2014, and there having been no activity since June 26, 2014, it is,

    ORDERED, that the above-entitled action is DISMISSED, without prejudice and without costs.  Either party shall file a letter on ECF in the event this matter should be reinstated.  The Clerk of Court is directed to terminate this case.

Dated:  New York, New York
          January 27, 2016

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge