# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Robert M. Horkovich, Esq.
Rhorkovich@andersonkill.com
212-278-1322

January 29, 2016

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

      Re:    *Government Employees Insurance Company, et al. v. WRG Asbestos PI Trust*, No. 14 CV 1700

Dear Judge Crotty:

    We are writing on behalf of Defendant WRG Asbestos PI Trust ("Defendant").

    We write in response to the Order of Dismissal entered on January 27, 2016. Pursuant to the Consent Order entered by the Court on June 26, 2014, it also was the Defendant's understanding that the above-referenced action was placed on the Court's suspense docket at the request of all parties. *See* Consent Order dated June 26, 2014 attached hereto as Exhibit A.

    At this time, Defendant respectfully request that the Clerk of the Court refrain from terminating the case and/or that the above-referenced action be reinstated and place back on the suspense docket as soon as possible. Defendant disagrees that the case at this time should be placed on the Court's active docket.

    We thank the Court for its consideration and welcome any comments or directions the Court may wish to provide.

Respectfully submitted,

Anderson Kill P.C.

Robert M. Horkovich
(RMH 2345)

RMH:vnd

**Anderson Kill P.C.**

Hon. Paul A. Crotty
January 29, 2016
Page 2

cc:   Eileen T. McCabe, Esq.
      Mendes & Mount, LLP
      750 Seventh Avenue
      New York, New York  10019
      *Attorneys for Plaintiffs GEICO, Republic, and*
      *AXA Belgium (as successor to Royal Belge)*

nydocs1-1061281.1

# EXHIBIT A

Crotty, P.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-26-14

AXA BELGIUM (as successor to Royale Belge); GOVERNMENT EMPLOYEES INSURANCE COMPANY; STARR INDEMNITY & LIABILITY COMPANY (as successor in interest to Republic Insurance Company),

                      Plaintiffs,

- against -

WRG ASBESTOS PI TRUST; DOE INSURERS 1-50,

                      Defendants.

No. 14 CV 1700 (PAC)

~~PROPOS~~ED CONSENT ORDER

Defendant WRG Asbestos PI Trust (the "PI Trust"), by its attorneys, having respectfully requested by letter dated June 25, 2014 that the Court place this action on its suspense calendar, and with the consent of Plaintiffs AXA Belgium (as successor to Royale Belge), Government Employees Insurance Company, and Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company) (collectively "Plaintiffs"), by their attorneys, it is hereby

**ORDERED** that:

1. The above-captioned matter, Index No. 14 CV 1700 (PAC), be placed on the Court's suspense docket until a further request from Plaintiffs or the PI Trust to reactivate this matter; and

2. The briefing schedule for the PI Trust's requested motion to dismiss this matter be adjourned indefinitely.

Dated: 6/26/2014

                                                             Hon. Paul A. Crotty, U.S.D.J

Case 1:14-cv-01700-PAC   Document 24   Filed 01/29/16   Page 5 of 6
Case 1:14-cv-01700-PAC   Document 21   Filed 06/26/14   Page 2 of 3
Case 1:14-cv-01700-PAC   Document 20   Filed 06/25/14   Page 1 of 2

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Robert M. Horkovich, Esq.
Rhorkovich@andersonkill.com
212-278-1322

June 25, 2014

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

      Re:    AXA Belgium, et al. v. WRG Asbestos PI Trust, et al.,
             No. 14 CV 1700 (PAC)

Dear Judge Crotty:

      We represent Defendant the WRG Asbestos PI Trust.

      With the consent of Plaintiffs Government Employees Insurance Company, Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company), and AXA Belgium (as successor to Royale Belge), we respectfully submit this letter to advise the Court that the parties intend to submit a consent order seeking to suspend, defer, or otherwise stay the above matter in lieu of Defendant's scheduled motion to dismiss based upon ripeness.

      During the pre-motion conference of May 30, 2014, our understanding was that Your Honor would be amenable to placing the matter on a deferred/suspense calendar but would not do so without the consent of all the parties. We were advised by Plaintiffs' counsel, Eileen T. McCabe, Esq. and Britt A. Eilhardt, Esq. of Mendes & Mount, LLP, that Plaintiffs would be willing to consent to a stay. They are copied on this letter.

      In connection therewith, prior to the upcoming June 30, 2014 deadline to file Defendant's motion to dismiss, the parties jointly will submit a proposed consent order placing this matter on a deferred/suspense calendar.

      Furthermore, as a result of the anticipated stay, we respectfully request that Defendant's motion to dismiss indefinitely be adjourned in anticipation of such motion becoming moot as a result of the consent order. No previous adjournment has been requested in connection with the scheduling order.

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
nydocs1-1034103.1

Case 1:14-cv-01700-PAC   Document 24   Filed 01/29/16   Page 6 of 6
Case 1:14-cv-01700-PAC   Document 21   Filed 06/26/14   Page 3 of 3
Case 1:14-cv-01700-PAC   Document 20   Filed 06/25/14   Page 2 of 2

**Anderson Kill P.C.**

June 25, 2014
Page 2

        We thank the Court for its consideration and welcome any directions or comments the Court may wish to provide.

        Respectfully submitted,

        /s/ Robert M. Horkovich

        Robert M. Horkovich

RMH:vn

cc:  Eileen T. McCabe, Esq.
     Britt A. Eilhardt, Esq.
     Mendes & Mount, LLP
     750 Seventh Avenue
     New York, NY 10019
     (212) 261-8000
     *Attorneys for Plaintiffs GEICO, Republic, and AXA Belgium (as successor to Royal Belge)*