



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-16

WWW.MENDES.COM

Eileen T. McCabe
212-261-8000
eileen.mccabe@mendes.com

January 27, 2016

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

SO ORDERED: 2-1-16

/s/ Paul A. Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

RE:   Government Employees Insurance Company, et al. v.
      W.R. Grace & Co. Asbestos Personal Injury Trust, et al.,
      No. 14 CV 1700

Dear Judge Crotty:

We are writing on behalf of Plaintiffs Government Employees Insurance Company, Starr Indemnity and Liability Company (as successor in interest to Republic Insurance Company), and AXA Belgium (as successor to Royale Belge) (collectively "Plaintiffs").

We write in response to the Order of Dismissal entered on January 27, 2016. Pursuant to the Consent Order entered by the Court on June 26, 2014, it was the Plaintiffs' understanding that the above-referenced action was placed on the Court's suspense docket at the request of all parties. See Consent Order dated June 26, 2014 attached hereto as Exhibit A. Since the Consent Order was entered, the parties have considered certain confidential settlement proposals and have not re-activated the litigation to date in light of such considerations.

At this time, Plaintiffs respectfully request that the Clerk of the Court refrain from terminating the case and/or that the above-referenced action be reinstated and placed back on the suspense docket (or reinstated and placed on the Court's active docket) as soon as possible. The undersigned will provide a more detailed update to the Court regarding the status of this matter shortly.

Should Your Honor have any questions, please feel free to contact the undersigned.

January 27, 2016
Page 2

Very truly yours,

MENDES & MOUNT, LLP

Eileen T. McCabe
(EM 0875)

cc: Robert M. Horkovich, Esq.
Robert Chung
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Defendant WRG Asbestos PI Trust*