UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, *et al.*

              Plaintiffs,

-v-

WRG ASBESTOS PI TRUST,

              Defendant.

14-CV-1700 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

In light of the parties' joint letter at Docket Number 44, the Clerk of Court is directed to terminate Plaintiff AXA Belgium from the case and amend the docket to reflect "WRG Asbestos PI Trust" as the sole remaining defendant, represented by the same counsel as the terminated Defendant "W.R. Grace & Co. Asbestos Personal Injury Trust."

SO ORDERED.

Dated: December 29, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge