

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

February 1, 2022

**Via ECF and Overnight Delivery**

Jaimie Heather Ginzberg
Mendes & Mount, LLP (NYC)
750 Seventh Avenue
New York, NY 10019

Mark Garbowski
Anderson Kill P.C. (N.Y.)
1251 Avenue of the Americas
New York, NY 10020

Re: 14-cv-1700 (JPO) <u>AXA Belgium (as successor to Royale Belge) et al v. W.R. Grace & Co. Asbestos Personal Injury Trust, et. al.</u>

Dear Counsel,

I have been contacted by Judge Paul Crotty, U.S.D.J., who presided over the above-named case before it was reassigned to Judge J. Paul Oetken, U.S.D.J. on October 27, 2021.

Judge Crotty informed me that it has been brought to his attention that while he presided over the above-referenced case he owned stock in Berkshire Hathaway, the corporate parent to Government Employees Insurance Company (GEICO). His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership may have required recusal under the Code of Conduct for United States Judges, and thus, Judge Crotty requested reassignment and directed that I notify the parties of the potential conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance regarding disqualification:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then

Notice to Counsel of Record
February 1, 2022
Page 2

>determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

If you wish to respond to Judge Crotty's disclosure of a potential conflict in this case, please file your response in the above-named case. Any response will be considered without the participation of Judge Crotty.

Sincerely,

Ruby J. Krajick
Clerk of Court

cc:   Hon. Paul Crotty, U.S.D. J.
      Hon. J. Paul Oetken, U.S.D.J.